UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 14-27793-AJC

MIGUEL A. SEMPERE and
MARIA MERCEDES SEMPERE,  Chapter 7

Debtors.
_____/

**AGREED MOTION TO EXTEND DEADLINES
TO: (A) OBJECT TO DEBTORS' CLAIMED EXEMPTIONS AND
(B) TO FILE COMPLAINT OBJECTING TO DEBTORS' DISCHARGE**

Maria Yip, as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of Miguel A. Sempere and Maria Mercedes Sempere ("Debtors"), through undersigned counsel and pursuant to Federal Rules of Bankruptcy Procedure 4003(b)(1), 4004(b), 4007(d), 9006(b)(3) and Local Rule 9013-1(C)(5)-(6), files this *Sixth Agreed Motion to Extend Deadlines to: (A) Object to Debtors' Claimed Exemptions and (B) to File Complaint Objecting to Debtors' Discharge* (the "Sixth Extension Motion"), and in support thereof, states as follows:

1. On August 6, 2014, the Debtors filed their Chapter 7 Voluntary Petition [ECF No. 1].

2. The § 341 Meeting of Creditors was held and concluded on September 12, 2014 [ECF No. 16].

3. The deadline to object to Debtors' claimed exemptions ("Exemption Deadline") was October 12, 2014.

4. The deadline for the Trustee to file a complaint objecting to the Debtors' discharge ("Discharge Deadline")[1] was November 12, 2014 [ECF. No. 2].

---

[1] The Exemption Deadline and the Discharge Deadline shall collectively be referred to as the "Deadlines".

769519v1 302073.0001

5. On October 9, 2014, Trustee filed an *Agreed Ex Parte Motion to Extend Deadline to Object to Debtors' Claimed Exemptions and to File Complaint Objecting to Debtors' Discharge* ("First Extension Motion") [ECF No. 32].

6. On October 15, 2014, the Court entered the *Agreed Order Granting the First Extension Motion* [ECF No. 35], extending the Deadlines through and including December 15, 2014.

7. On December 4, 2014, Trustee's Counsel conducted the rule 2004 examination ("Examination") of Debtor Miguel Sempere.

8. In light of information obtained at the Examination, in anticipation of the upcoming Deadlines, Trustee's Counsel conferred with Debtors' Counsel and obtained the agreement to an additional 30 day extension of the Deadlines, in order to allow the Trustee to complete investigation and determine whether there is a basis to object to claimed exemptions and to discharge.

9. On December 15, 2014, Trustee filed a *Second Agreed Ex Parte Motion to Extend Deadline to Object to Debtors' Claimed Exemptions and to File Complaint Objecting to Debtors' Discharge* ("Second Extension Motion") [ECF No. 47].

10. On December 16, 2014, the Court entered the Order Granting the Second Extension Motion [ECF No. 48], extending the Deadlines through and including the current deadline of January 14, 2015.

11. On January 8, 2015, Trustee filed a *Third Agreed Ex Parte Motion to Extend Deadline to Object to Debtors' Claimed Exemptions and to File Complaint Objecting to Debtors' Discharge* ("Third Extension Motion") [ECF No. 51].

12. On January 8, 2015, the Court entered the Order Granting the Third Extension Motion [ECF No. 53], extending the Deadlines through and including the current deadline of March 2, 2015.

13. On March 2, 2015, Trustee filed a *Fourth Agreed Ex Parte Motion to Extend Deadline to Object to Debtors' Claimed Exemptions and to File Complaint Objecting to Debtors' Discharge* ("Fourth Extension Motion") [ECF No. 60].

14. On March 3, 2015, the Court entered the Order Granting the Fourth Extension Motion [ECF No. 61], extending the Deadlines through and including the current deadline of April 1, 2015.

15. On February 17, 2015, the Trustee and Debtors attended mediation in an attempt to resolve all matters outstanding in this case.

16. At the close of mediation the parties were unable to reach a resolution, but the parties agreed to continue to the mediation, and the Debtors agreed to provide the Trustee with additional financial documents. The Debtors agreed that formal discovery would be unnecessary and that they would compile the requested documents.

17. On March 19, 2015, counsel for the Trustee provided the Debtors with a list of documents the Trustee required.

18. On March 25, 2015, counsel for the Debtors sent an email to counsel for the Trustee stating that they would not provide the requested documents, demanded that the Trustee "prepare and serve a formal request for the documents and we will go through the formal process of objecting."

19. Finally, in that same March 25, 2015, email, counsel for the Debtors stated that they would not agree to "a further extension [of the discharge deadline] at this time."

20. Since the Debtors indicated that they would not voluntarily provide any documents to the Trustee, on March 27, 2015, the Trustee filed the *Fifth Motion to Extend Deadline to: (A) Debtor's Claimed Exemptions and (B) to File Complaint Objecting to Debtor's Discharge* ("Fifth Extension Motion") [ECF No. 65].

21. On March 30, 2015, the Court set a hearing on the Fifth Extension Motion for April 7, 2015 ("Extension Hearing") [ECF No. 66].

22. On April 3, 2015, the Debtor filed an *Opposition Response to (65 Motion to Extend Time to Extend Deadlines to Object to: (A) Debtor's Claimed Exemptions and (B) to File Complaint Objecting to Debtor's Discharge filed by Trustee Maria Yip)* ("Debtor's Response") [ECF No. 68].

23. The parties went before the court at the Extension Hearing held on April 7, 2015, and the Court entered an Order granting in Part the Fifth Extension Motion through and including May 7, 2015 ("Extended Deadlines") [ECF No. 71].

24. Following the April 7, 2015, hearing the Trustee and her counsel have: 1) met with the Semperes and examined the Debtors' business records stored at their home; 2) set examinations for the Debtors, their son-in-law and a representative from a business owned by the son-in-law; 3) reviewed a list of bank accounts provided by the Debtors, which the Trustee will need to subpoena records, as the Debtors have indicated they do not have those bank records in their possession.

25. The Debtors and their son-in-law have not been made available for examination until after the objection to discharge deadline passes on May 7, 2015. As the Trustee still has considerable due diligence discovery to complete, the Trustee seeks an additional sixty (60) day extension to File Complaint Objecting to Debtor's discharge and a fifteen (15) day extension to object to the Debtor's Claimed Exemptions.

26. Prior to filing this motion, Trustee's counsel requested the Debtors' attorney consent to the relief sought herein, Debtors' counsel consented.

**Relief Requested**

27. This request for an additional sixty (60) day extension to File Complaint Objecting to Debtor's discharge and a fifteen (15) day extension to object to the Debtor's

Claimed Exemptions is not made for purposes of delay and is instead necessitated by the Trustee's duty to further investigate the financial transactions and history of the Debtors.

28. Pursuant to Fed. R. Bankr. P. 4003(b)(1), 4004(b)(1) and 4007(d), the Court may, for cause, extend the statutory deadlines to object to discharge exemptions. The Trustee asserts that cause exists to allow the completion of discovery as described supra.

WHEREFORE, Chapter 7 Trustee, Maria Yip, respectfully requests this Honorable Court to enter an order granting this Motion, substantially in the form attached hereto as Exhibit "A", extending the time an additional sixty (60) day extension to File Complaint Objecting to Debtor's discharge and a fifteen (15) day extension to object to the Debtor's Claimed Exemptions, and for such other and further relief as this Court deems just and proper.

Respectfully submitted: May 7, 2015.

        **TRIPP SCOTT, P.A.**
        *Counsel for Trustee, Maria Yip*
        110 Southeast Sixth Street
        Fifteenth Floor
        Fort Lauderdale, Florida 33301
        Telephone:   (954) 525-7500
        Facsimile:    (954) 761-8475

By: /s/ *Kristopher E. Aungst*
     Kristopher E. Aungst, Esq.
     Florida Bar No. 0055348
     kea@trippscott.com
     Michael C. Foster, Esq.
     Florida Bar No. 0042765
     mcf@trippscott.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2015, I filed the foregoing with the Court via the CM/ECF system which sent notification to all parties entitled to notice as indicated on the attached service list, and that a true copy hereof was sent on May 8, 2015 by U.S. First Class mail to all parties entitled to notice as indicated on the attached service list.

                                                    /s/ *Kristopher E. Aungst*
                                                       Kristopher E. Aungst, Esq.
                                                       Florida Bar No. 0055348

## SERVICE LIST

**14-27793-AJC Notice will be electronically mailed to:**

Kristopher Aungst, Esq. on behalf of Trustee Maria Yip
kea@trippscott.com, lxc@trippscott.com;jlr@trippscott.com

Jeffrey P. Bast, Esq. on behalf of Debtor Miguel A. Sempere
jbast@bastamron.com, jdepina@bastamron.com; kjones@bastamron.com; jmiranda@bastamron.com;dtimpone@bastamron.com;mdesvergunat@bastamron.com

Jeffrey P. Bast, Esq. on behalf of Joint Debtor Maria Mercedes Sempere
jbast@bastamron.com, jdepina@bastamron.com; kjones@bastamron.com; jmiranda@bastamron.com;dtimpone@bastamron.com;mdesvergunat@bastamron.com

Bertis A Echols on behalf of Creditor American Honda Finance Corporation
bechols@evanspetree.com, sbruce@evanspetree.com

Michael Foster on behalf of Trustee Maria Yip
mcf@trippscott.com, jlr@trippscott.com;iah@trippscott.com

Hayley E Gerson on behalf of Debtor Miguel A. Sempere
hgerson@bastamron.com, jmiranda@bastamron.com;dtimpone@bastamron.com

Hayley E Gerson on behalf of Joint Debtor Maria Mercedes Sempere
hgerson@bastamron.com, jmiranda@bastamron.com;dtimpone@bastamron.com

Carlos A Lopez, Jr on behalf of Creditor Naroca Development, LLC
clopez@lopezbest.com

Robert C Meyer on behalf of Creditor Metropolitan Mortgage of Miami
meyerrobertc@cs.com, rcmpapl@gmail.com;rcmeyer@gmail.com;assistantrcmpa@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ruben M Saenz on behalf of Attorney The Saenz Law Firm, PA
msaenz@saenzanderson.com

Ruben M Saenz on behalf of Creditor Cristian Portillo
msaenz@saenzanderson.com

Christian Savio on behalf of Creditor BankUnited
csavio.ecf@rprslaw.com

Lisa M Schiller, Esq on behalf of Creditor BankUnited
lschiller.ecf@rprslaw.com

769519v1 302073.0001

Maria Yip
trustee@yipcpa.com, myip@ecf.epiqsystems.com

**14-27793-AJC Notice will not be electronically mailed to:**

Thomas Araujo
One Biscayne Tower 2
S. Biscayne Blvd #2690
Miami, FL 33131

*See attached mailing matrix.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 14-27793-AJC<br>Southern District of Florida<br>Miami<br>Thu May  7 17:25:52 EDT 2015 | American Honda Finance Corporation<br>c/o Bert Echols<br>1000 Ridgeway Loop Rd #200<br>Memphis, TN 38120-4036 | BankUnited<br>c/o Rice Pugatch Robinson & Schiller, PA<br>101 NE 3rd Ave., Ste. 1800<br>Ft. Lauderdale, FL 33301-1252 |
| Metropolitan Mortgage of Miami<br>c/o Robert C Meyer PA<br>2223 Coral WAy<br>Miami, FL 33145-3508 | The Saenz Law Firm, PA<br>20900 NE 30th Ave Ste 800<br>Suite 800<br>Aventura, FL 33180-2165 | Allstar Enterprises, Inc.<br>c/o Hugo V. Alvarez, Esq.<br>1750 Coral Way, FL 2<br>Miami, FL 33145-2747 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American InfoSource LP as agent for<br>First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 |
| Amex<br>POB 297879<br>Fort Lauderdale, FL 33329-7879 | Amex<br>POB 3001<br>Malvern, PA 19355-0701 | Arazoza & Company, P.A.<br>2100 Salzedo St., Suite 300<br>Miami, FL 33134-4323 |
| Arazoza & Fernandez-Fraga, P.A.<br>c/o Adelaida Fernandez-Fraga<br>2100 Salzeo St., #300<br>Miami, FL 33134-4323 | Armen Investments,Inc.<br>91 W 21st.Street<br>Hialeah, FL 33010-2613 | Bank United N.A.<br>14817 Oak Lane<br>Miami Lakes, FL 33016-1517 |
| Bank of America<br>POB 851001<br>Dallas, TX 75285-1001 | BankUnited<br>c/o Christian Savio, Esq.<br>101 NE 3rd Ave., #1800<br>Fort Lauderdale, FL 33301-1252 | BankUnited, N.A.<br>c/o Lorraine Wong<br>101 NE 3rd Ave., #1800<br>Fort Lauderdale, FL 33301-1252 |
| BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Carolina Hernandez<br>990 NW 131 Ave.<br>Miami, FL 33182-2396 | Central Financial Control<br>PO Box 66044<br>Annaheim, CA 92816-6044 |
| Central Financial Control<br>POB 830913<br>Birmingham, AL 35283-0913 | Coopertiva Ceramica D'imola<br>c/o Stacey S. Fisher, Esq.<br>2775 Sunny Isles Blvd., #100<br>North Miami Beach, FL 33160-4078 | Cristian Portillo & Others<br>The Saenz Law Firm<br>20900 NE 30th Ave, #800<br>Aventura, FL 33180-2165 |
| Custom Building Products<br>c/o Rosenfeld Stien Batta, P.A.<br>21490 W. Dixie Hwy<br>Miami, FL 33180-1144 | Eric Rickenback<br>20900 W. Dixie Hwy<br>Miami, FL 33180-1131 | Euro Bank<br>c/o Michael S. Hacker<br>600 Brickell Ave., #3800<br>Miami, FL 33131-3073 |
| FMS Inc.<br>POB 707601<br>Tulsa, OK 74170-7601 | First National Bank of South Miami<br>5750 Sunset Drive<br>South Miami, FL 33143-5332 | Florida Department of Revenue<br>8175 NW 12 Street,Suite#119<br>Doral, FL 33126-1828 |

| | | |
|---|---|---|
| Florida Department of Revenue<br>8175 NW 12th.Street suite#237<br>Doral, FL 33126-1828 | Hialeah Italian Tile II<br>91W 21st.Street<br>Hialeah, FL 33010-2613 | Hialeah Italian Tile II Inc.<br>91 W 21st Street<br>Hialeah, FL 33010-2613 |
| Hialeah Italian Tile,Inc<br>91 W 21st.Street<br>Hialeah, FL 33010-2613 | Hialeah Italian Tile,Inc.<br>91W 21st.Street<br>Hialeah, FL 33010-2613 | Hialeah Italian Tiles,Inc.<br>91 W 21st.Street<br>Hialeah, FL 33010-2613 |
| Honda Finance Inc.<br>POB 70252<br>Philadelphia, PA 19176-0252 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | I.R.S.<br>C/O Attorney General of the U.S.<br>POB 9 Stop 8000 (51 SW 1 Ave)<br>Miami, FL 33130 |
| I.R.S.<br>c/o Attorney General of the US<br>950 Pennsylvania Ave. NW #4400<br>Washington, DC 20530-0009 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>51 SW First Avenue<br>Miami, FL 33130-1699 |
| Internal Revenue Service<br>IRS-ACS/CDP PO.Box 42346<br>Philadelphia, PA 19101-2346 | Internal Revenue Service<br>PO Box 42346<br>Philadelphia, PA 19101-2346 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Services<br>51SW First Avenue<br>Miami, FL 33130 | International Product Supply, Inc.<br>c/o Matthew E. Ladd, Esq.<br>4649 Ponce De Leon Blvd., #301<br>Miami, FL 33146-2118 | J.P. Morgan/Chase<br>POB 24696<br>Columbus, OH 43224-0696 |
| J.P.Morgan/Chase<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | M&M Cutler Country Estates,LLC.<br>209 W 21 St.<br>Hialeah, FL 33010-2516 | M&M South Miami, LLC<br>209 W 21 St.<br>Hialeah, FL 33010-2516 |
| Macy's<br>POB 183183<br>Columbus, OH 43218-3183 | Metropolitan Mort. Company<br>POB 402188<br>Miami Beach, FL 33140-0188 | Naroca Development, L.L.C.<br>2333 Brickell Avenue<br>Suite A-1<br>Miami, FL 33129-2497 |
| Naroca Development, LLC<br>c/o Carlos A. Lopez, Jr.<br>2333 Brickell Ave, #A-1<br>Miami, FL 33129-2497 | Naroca Development,L.L.C.<br>18701 SW 82nd.Ave<br>Miami, FL 33157 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Sabadell United Bank<br>c/o Juan M. Gonzalez, Vice President<br>1111 Brickell Ave., Suite 2915<br>Miami, FL 33131-3128 | Sears/CBNA<br>POB 6282<br>Sioux Falls, SD 57117-6282 | South Miami Ventures II, LLC<br>c/o Jeffrey M. Flanagan, Esq.<br>3399 Ponce De Leon Blvd., #202<br>Miami, FL 33134-7281 |

| | | |
|---|---|---|
| Steven N. Klitzner, Esq.<br>2627 NE Ives Dairy Rd., #213<br>Miami, FL 33180-1946 | SunTrust Bank<br>Attn: Kathleen M. O'Connell<br>303 Peachtree Street, 36th Floor<br>Atlanta, GA 30308-3201 | Suntrust Bank<br>c/o Mark Dikeman<br>150 W. Flagler, #2200<br>Miami, FL 33130-1545 |
| Target Visa Credit Card<br>POB 660170<br>Dallas, TX 75266-0170 | Terrabank N.A.<br>3191 Coral Way, PH-1<br>Miami, FL 33145-3245 | Wells Fargo Bank, N.A.<br>1 Home Campus<br>MAC X2302-04C<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank, N.A.<br>c/o Marc.B Cohen, Esq.<br>4000 Hollywood Blvd, #435S<br>Hollywood, FL 33021-1225 | Cristian Portillo<br>c/o The Saenz Law Firm PA<br>20900 NE 30th Avenue<br>Ste. 800<br>Aventura, FL 33180-2165 | Hayley E Gerson<br>1 SE 3 Ave # 1400<br>Miami, FL 33131-1708 |
| Jeffrey P. Bast Esq.<br>1 SE 3 Ave #1400<br>Miami, FL 33131-1708 | Maria Yip<br>2 S. Biscayne Blvd #2690<br>Miami, FL 33131-1815 | Maria Mercedes Sempere<br>8446 Glencairn Terrace<br>Hialeah, FL 33016-1480 |
| Miguel A. Sempere<br>8446 Glencairn Terrace<br>Hialeah, FL 33016-1480 | Thomas Araujo<br>One Biscayne Tower 2<br>S. Biscayne Blvd #2690<br>Miami, FL 33131-1824 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Honda Financial<br>POB 105027<br>Atlanta, GA 30348-5027 | IRS<br>Atlanta Service Center<br>POB 47-421<br>Doralville, GA 30362 | (d)IRS<br>DP S-661A<br>POB 1064<br>Bensalem, PA 19020 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Naroca Development, LLC | (u)Miami | (d)Hialeah Italian Tile,Inc.<br>91 W 21st.Street<br>Hialeah, FL 33010-2613 |

End of Label Matrix
Mailable recipients     73
Bypassed recipients      3
Total                   76