**Exhibit "A"**
**[Proposed Order]**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                              Case No. 14-27793-AJC

MIGUEL SEMPERE and
MARIA MERCEDES SEMPERE,                                          Chapter 7

Debtors.
_____/

**ORDER GRANTING AGREED MOTION TO EXTEND
DEADLINES TO: (A) OBJECT TO DEBTORS' CLAIMED EXEMPTIONS
AND (B) TO FILE COMPLAINT OBJECTING TO DEBTORS' DISCHARGE**

THIS MATTER came before the Court upon the Motion by Chapter 7 Trustee, Maria Yip ("Trustee"), pursuant to Fed. R. Bankr. P. 4003(b)(1), 4004(b)(1), 4007(d) and 9006(b)(3), for an extension of time to: (A) Object to Debtors' Claimed Exemptions and (B) File Complaint Objecting to Debtor's Discharge (the "Sixth Extension Motion") [ECF No. ___]. The Court, having reviewed the Motion, agreements by both counsels and the record in this case finds that cause exists to grant the relief set forth herein.

It is therefore, ORDERED and ADJUDGED that:

1.      The Motion is GRANTED as set forth herein.

764079v1 302073.0001

2. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(d), the deadline for the Trustee to file a complaint objecting to the Debtors' discharge shall be and is hereby extended sixty (60) days from the entry of this Order.

3. Pursuant to Fed. R. Bankr. P. 4003(b)(1), the deadline for the Trustee to object to Debtors' claimed exemptions is hereby extended fifteen (15) days from the entry of this Order.

4. The extensions granted herein are without prejudice to any requests for further extensions by the Trustee.

# # #

**Submitted by:**
Kristopher E. Aungst
Florida Bar No. 0055348
TRIPP SCOTT, P.A.
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, FL 33301
Telephone:     (954) 525-7500
Facsimile:     (954) 761-8475
kea@trippscott.com

*(Attorney Aungst shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*